McDermott Will & Schulte

M. Elias Berman
eberman@mcdermottlaw.com
+1 212 547 5400

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
August 12, 2026

July 31, 2026

**VIA ECF**

Hon. Ronnie Abrams, United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

*Re:* *Plan Administrator for the Voyager Wind-Down Debtor v. Kyle Livingston Davies, et al.*, No. 26-cv-6149 (RA)

Dear Judge Abrams:

We represent the Plan Administrator for the Voyager Wind-Down Debtor ("Plaintiff") in the above-captioned matter and respectfully request, in accordance with Rule 5.A.iii of Your Honor's Individual Rules & Practices in Civil Cases, that the Court permit limited portions of Plaintiff's First Amended Complaint[1] to be filed provisionally under seal. Pursuant to Your Honor's Individual Rules & Practices, Plaintiff is submitting a copy of the First Amended Complaint under seal, with proposed redactions highlighted.

The proposed redactions concern financial information that non-parties Christopher Farmer and Russell Crumpler, in their capacity as the duly appointed Joint Liquidators of Three Arrows Capital, Ltd. (the "Joint Liquidators"), have designated confidential pursuant to a confidentiality agreement between Plaintiff and the Joint Liquidators (the "Confidentiality Agreement"). The proposed redactions are limited to non-public information designated confidential by the Joint Liquidators, and Plaintiff seeks only to comply with its obligations under the Confidentiality Agreement.

---

[1] Pursuant to Federal Rule of Civil Procedure 15(a)(1), Plaintiff may file its First Amended Complaint as a matter of course. *See Dixon v. Cartagena*, 2026 WL 762368, at *2 (S.D.N.Y. Mar. 18, 2026).

The amendments are limited to adding factual allegations drawn from information that the Joint Liquidators provided to Plaintiff pursuant to the Confidentiality Agreement. Plaintiff did not include that information in the original complaint because doing so would have required an immediate sealing application and risked delaying issuance of the summonses. To avoid delay in initiating this action and proceeding with service of process and to allow time to identify the applicable sealing procedures and meet and confer with the Joint Liquidators, Plaintiff filed an initial complaint based on non-confidential information.[2] Plaintiff now seeks to file the First Amended Complaint with narrowly tailored redactions so that the pleading may include the information designated confidential while preserving the confidentiality protections asserted by the Joint Liquidators.

Plaintiff met and conferred with counsel for the Joint Liquidators, and the Joint Liquidators indicated that they would seek to maintain the redacted portions under seal. Plaintiff anticipates that the Joint Liquidators will be filing a letter pursuant to Rule 5.A.iii.a of Your Honor's Individual Rules and Practices. Plaintiff respectfully reserves the right to respond to the Joint Liquidators' position if necessary.

Accordingly, Plaintiff respectfully requests that the Court permit the First Amended Complaint to be filed provisionally in redacted form.

Respectfully submitted,

*/s/ M. Elias Berman*

M. Elias Berman

---

[2] As set forth in Plaintiff's memorandum of law in support of its motion for alternative service [Dkt. 16], filed on July 30, 2026, service of process remains an ongoing and challenging issue notwithstanding Plaintiff's thorough investigation.